**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **DOCKET NO. 1:22-CR-01005-1** |
| | § | |
| **CESILIA GARCIA** | § | |

**OPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Defendant, Cesilia Garcia, by and through undersigned counsel, and respectfully moves this Court for an Order granting early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1), and in support thereof would respectfully show the Court the following:

1. Defendant, Cesilia Garcia's two-year term of Supervised Release. As of November 9, 2026, she has completed approximately one(1) year which is more than half of the term and therefore is eligible for consideration for early termination pursuant to 18 U.S.C. § 3583(e)(1).

2. Since her release, she has successfully reintegrated into society and maintained stable, gainful employment. Her conduct while on supervision demonstrates her commitment to rehabilitation, compliance, and becoming a productive member of the community.

3. Attached is Exhibit A, a letter of recommendation from Defendant's employer attesting to her employment, work ethic, character, and positive contributions in the workplace. This letter further demonstrates Defendant's continued rehabilitation, stability, and commitment to maintaining a productive and law-abiding lifestyle.

4. Early termination is warranted under 18 U.S.C. § 3553(a), as continued supervision is no longer necessary to protect the public or provide further deterrence. Ms. Garcia has demonstrated

successful community reintegration and poses no threat to public safety.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Cesilia Garcia respectfully prays that this Court grant his Motion for Early Termination of Supervised Release and for such other and further relief, at law or in equity, to which he may be justly entitled..

Respectfully submitted,

LAW OFFICE OF RICK CANALES
845 EAST HARRISON STREET, STE B
BROWNSVILLE, TEXAS 78520
PHONE (956) 546-7766
FAX (956) 546-6885

/S/Rick Canales
RICK CANALES
FEDERAL I.D. 20766
STATE BAR No. 00789198

**CERTIFICATE OF SERVICE**

This is to certify that on the 9th of November, 2026 a true and correct copy of the Motion for Early Termination of Supervised Release was served on to William F. Hagen, Assistant United States Attorney electronically via the Court's CM/ECF system.

/S/Rick Canales
Rick Canales

**CERTIFICATE OF CONFERENCE**

On October 23, 2026, Counsel conferred with AUSA William F. Hagen who stated he was opposed to the said motion.

/S/Rick Canales
Rick Canales